

July 22, 2008

**CHAMBERS OF
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE**

TELEPHONE
(714) 338-2841

The Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D. C. 20544

Re: <u>2007 Financial Disclosure Report, AO-10, Update</u>

Dear Judge Smith:

Thank you for your letter of June 24, 2008 concerning my 2007 Report.

The entry for Liberty Media Hldgs (LCAPA) which appeared in my 2006 Report was inadvertently dropped in preparing the 2007 Report. The following should be inserted on page 3, Section VII of the 2007 report immediately following the entry for Liberty Media Interactive (LINTA):

> Liberty Media Hldg. (LCAPA)
> Amt code      None
> Type          (Blank)
> Value code    J
> Method        T
> Type          (Blank)
> Date          (Blank)
> Value code    (Blank)
> Gain code     (Blank)
> Identity      (Blank)

I enclose three copies of this letter.

This letter constitutes an amendment to my 2007 Report. I adopt the certification with the original report and certify that the above information is in compliance with that certification.

I regret the inconvenience to the Committee caused by my error.

If you have any questions concerning this amendment, please contact me at the above number, or by █████████████████████████████████████.

Very truly yours,

# FINANCIAL DISCLOSURE REPORT
## FOR NOMINEE REPORTS

AO-10
Rev. 1/2002

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br>Selna, James V. | 2. Court or Organization<br>District Court, Central District of California | 3. Date of Report<br>May 12, 2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge, Active | 5. ReportType (check appropriate<br><br>___ Nomination Date<br><br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br><br>January 1, 2007 to December 31, 2007 |
|---|---|---|

| 7. Chambers or Office Address<br>Ronald Reagan Federal Building and US Courthouse<br>411 W. 4th Street<br>Santa Ana, CA 92701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____<br>Date_____ |
|---|---|

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Trustee; Trustee | Trust No. 1; Trust No. 2 |
| Custodian; Custodian | Custodian of Account 1; Custodian of Accounts JSL 1 through 3, BCS 1 through 4, and SSD 1 through 3 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2007 | O'Melveny & Myers LLP–retirement pension | $ 98,364 |
| 2007 | ▮▮▮▮▮▮ Trust for the Benefit of James V. Selna–life income beneficiary of trust | $ 24,711 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Selna, James V. | Date of Report<br>May 12, 2008 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|

☐ NONE  (No such reportable reimbursements.)

Association of Business Trial Lawyers, Orange County Chapter     Travel and lodging for attending annual meeting, October 2007, Napa, California

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  E=$15,001-$50,000  F=$50,001- $100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  N=$250,001-$500,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  O=$500,001-$1,000,000 | L=$50,001- $100,000  P4=More than $50,000,000 | M=$100,001-$250,000  P1=$1,000,001-$5,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H)of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Selna, James V. | May 12, 2008 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Real Property: | | | | | | | | | |
| 2 Parcel 1, Cambria, CA | None | | M | W | | | | | |
| 3 Parcel 2, Antelope Valley, CA | None | | K | W | | | | | |
| Parcel 3, San Bernardino, CA | None | | | | Sell | 8-7 | M | L | Bur. Land Mgmt. |
| | | | | | | | | | |
| Held in Account 1: | | | | | | | | | |
| 4 AT& T Corp common | D | Div. | M | T | | | | | |
| | | | | | Merg. BLS | 1-3 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H)of | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Time Warner Inc | A | Div. | L | T | | | | | |
| | | | | | Part Sell | 11-26 | J | | |
| | | | | | Add Buy | 12-27 | J | | |
| Comcast Corp. class A common | None | | K | T | | | | | |
| 5 Corning common | A | Div. | K | T | | | | | |
| General Electric common | C | Div. | M | T | | | | | |
| 6 Este Lauder Co. common | A | Div. | J | T | | | | | |
| Liberty Media Interactive (LINTA) | None | | J | T | | | | | |
| Discovery Holdings Series A (DISCA) | None | | J | T | | | | | |
| Liberty Global Class A (LBTYA) | None | | J | T | | | | | |
| Liberty Global Series C (LBTYK) | None | | J | T | | | | | |
| Limited Brands common | A | Div. | K | T | | | | | |
| 7 McKesson Corp. common | A | Div. | L | T | | | | | |
| | | | | | Part Gift | 11-26 | J | A | |
| 8 Microsoft common | A | Div. | L | T | | | | | |
| Motorola | A | Div. | | | Sale | 7-23 | K | D | |
| 9 Newell Rubbermaid common | A | Div. | J | T | | | | | |
| 10 Pepsico Inc. common | A | Div. | J | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. "div." rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| Tyson Foods Inc. common | A | Div. | K | T | | | | | |
| 11  Walmart common | A | Div. | K | T | | | | | |
| 12  Watson Pharmaceuticals common | None | | K | T | | | | | |
| 13  Washington Mutual common | D | Div. | K | T | | | | | |
| | | | | | Part Sale | 11-26 | K | A | |
| | | | | | Add Buy | 12-27 | J | | |
| 14  Xcel Energy Inc. common | C | Div. | L | T | | | | | |
| 15  Charles Schwab Muni Money Fund | D | Div. | M | T | | | | | |
| Bellsouth Corp. Common | | | | | Merged w/At&T | 1-3 | L | A | |
| Supervalu Inc. common | A | Div. | J | T | | | | | |
| Bed Bath & Beyond common | None | | K | T | | | | | |
| | | | | | Sell | 11-26 | K | A | |
| | | | | | Buy | 12-27 | K | | |
| Southwest Airlines common | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| Held in Account 2: | | | | | | | | | |
| 16  Northern Trust Municipal Money Market Fund | A | Int. | L | T | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div," rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Held in Account 3: | | | | | | | | | |
| AOL Time Warner | A | Div. | J | T | | | | | |
| 17 Sun Microsystems common | None | | J | T | | | | | |
| 18 Charles Schwab Money Market | A | Div. | J | T | | | | | |
| Intel Corp. common | A | Div. | J | T | | | | | |
| Ford Motor common | None | | J | T | | | | | |
| | | | | | Sale | 11-26 | J | A | |
| | | | | | Buy | 12-27 | J | | |
| | | | | | | | | | |
| Held in Account 4: | | | | | | | | | |
| 19 Citigroup common | A | Div. | J | T | | | | | |
| 20 Duke Energy common | A | Div. | J | T | Spin of Spectra Energy | 1-3 | J | A | |
| Spectra Energy Corp. | A | Div. | J | T | Spin from Duke Energy | 1-3 | J | | |
| 53 Schwab S & P 500 Investors Funds | A | Div. | J | T | | | | | |
| 54 Charles Schwab Money Market | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| Held in Account 5: | | | | | | | | | |
| 56 AT & T Corp. common | C | Div. | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less K=$15,001-$50,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Comcast Corp. common | None | | J | T | | | | | |
| Supervalu Inc. | A | Div. | K | T | | | | | |
| Time Warner Inc. | A | Div. | J | T | | | | | |
| 69  Cisco Systems common | None | | L | T | | | | | |
| Conagra Foods common | B | Div. | M | T | | | | | |
| Coupon Treas Rcpt 02/15/08 | None | | L | T | | | | | |
| GNMA PL #422670 | A | Interest | J | T | | | | | |
| | A | Principal | | | | | | | |
| Dell Computer common | None | | M | T | | | | | |
| Ford Motor Co. common | None | | K | T | | | | | |
| Hewlett-Packard common | A | Div. | M | T | | | | | |
| Jones Apparel Group | A | Div. | J | T | | | | | |
| Liberty Media Class A Common | None | | J | T | | | | | |
| Liberty Media Hldg (LINTA) | None | | J | T | | | | | |
| Liberty Media Hldg (LCAPA) | None | | J | T | | | | | |
| Liberty Global Inc. Cl. A (LBTYA) | None | | J | T | | | | | |
| Liberty Global Inc. Cl. C (LBTYK) | None | | J | T | | | | | |
| Discovery Holdings Ser. A (DISCA) | None | | J | T | | | | | |

1  Income/Gain Codes: (See Col. B1, D4) — A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2  Value Codes: (See Col. C1, D3) — J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3  Value Method Codes: (See Col. C2) — Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Alcatel Lucent | None | | J | T | | | | | |
| Mattel Inc. common | A | Div. | J | T | | | | | |
| Micron Technology common | None | | J | T | | | | | |
| Microsoft common | A | Div. | L | T | | | | | |
| Motorola | A | Div. | | | Sale | 7-23 | K | A | |
| Oracle common | None | | L | T | | | | | |
| Sempra Energy common | A | Div. | L | T | | | | | |
| Seagate Technology | None | | | | Sale | 2-27 | J | A | |
| Sun Microsystems common | None | | K | T | | | | | |
| Thermo Fisher common | None | | K | T | | | | | |
| Tyson Foods Inc. Common | A | Div. | J | T | | | | | |
| Symantec Corp. | None | | J | T | | | | | |
| Viacom Class B New | None | | K | T | | | | | |
| CBS Corp. Class B | A | Div | K | T | | | | | |
| Waste Management common | B | Div. | K | T | | | | | |
| Xcel Energy, Inc. Common | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | E | Div. | N | T | | | | | |
| Washington Mutual common | B | Div. | J | T | | | | | |
| Southwest Airlines common | A | Div. | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less K=$15,001-$50,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | L=$50,001- $100,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Intel Corp. | B | Div. | M | T | | | | | |
| Wal-Mart Stores Inc. | A | Div. | K | T | | | | | |
| Apache Corporation | A | Div. | M | T | | | | | |
| Home Depot | B | Div. | L | T | | | | | |
| | | | | | | | | | |
| Held in Account 7: | | | | | | | | | |
| Charles Schwab Money Market Fund | A | Div. | J | T | | | | | |
| IBM common | A | Div. | J | T | | | | | |
| Sun Microsystems common | None | | J | T | | | | | |
| | | | | | | | | | |
| Held as Custodian: | | | | | | | | | |
| Xcel Energy Inc. common | B | Div. | K | T | | | | | |
| | | | | | | | | | |
| Trust No. 1: | | | | | | | | | |
| BankAmerica bond 10/15/11 | None | | | | Transfer to Beneficiary | 3-14 | J | A | |
| BRE Properties Class A | None | | | | Transfer to Beneficiary | 3-14 | K | A | |
| Entergy Corp. common | A | Div. | | | Transfer to Beneficiary | 3-14 | K | A | |
| Insmed Inc. common | None | | | | Transfer to Beneficiary | 3-14 | J | A | |
| National Grid PLC | A | Div. | | | Transfer to Beneficiary | 3-14 | J | A | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>E=$15,001-$50,000<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P2=$5,000,001-$25,000,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P1=$1,000,001-$5,000,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Nicor Inc. common | A | Div. | | | Transfer to Beneficiary | 3-14 | K | A | |
| Sempra Energy common | A | Div. | | | Transfer to Beneficiary | 3-14 | J | A | |
| Xcel Energy Inc. | A | Div. | | | Transfer to Beneficiary | 3-14 | J | A | |
| Urstadt Biddle Properties | A | Div. | | | Transfer to Beneficiary | 3-14 | J | A | |
| Urstadt Biddle Class A | A | Div. | | | Transfer to Beneficiary | 3-14 | J | A | |
| Charles Schwab Money Market Fund | A | Div. | | | Transfer to Beneficiary | 3-14 | M | A | |
| Washington Mutual Common | A | Div. | | | Transfer to Beneficiary | 3-14 | K | A | |
| | | | | | | | | | |
| Trust No. 2 | | | | | | | | | |
| Schwab Value Advantage Fund | B | Div | K | T | | | | | |
| BankAmerica bond 10/15/11 | A | Div. | J | T | | | | | |
| Ford Motor Credit note 1/25/07 | None | | | | Bond Redeemed | 1-25 | K | A | |
| Los Angeles, CA bond 3/1/15 | B | Int. | L | T | | | | | |
| GNMA PL #569964 | A | Int. | J | T | | | | | |
| | B | Principal | | | | | | | |
| National Grid PLC | A | Div. | J | T | | | | | |
| Nicor Inc. common | C | Div. | L | T | | | | | |
| Sempra Energy common | A | Div. | J | T | | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 |
|---|---|---|---|---|---|
| | (See Col. B1, D4) | E=$15,001-$50,000 | | | |
| | | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 |
| 2 | Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 |
| | (See Col. C1, D3) | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | | P2=$5,000,001-$25,000,000 | | | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | (See Col. C2) | U=Book value | V=Other | W=Estimated | |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H)of | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| BRE Properties Inc | A | Div./ Cap. Distr. | K | T | | | | | |
| Urstadt Biddle Properties | A | Div. | J | T | | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | K | T | | | | | |
| Washington Mutual common | D | Div. | K | T | | | | | |
| BellSouth Corp. common | B | Div. | | | Merged w/ AT&T | 1-3 | L | A | |
| Bank of America Corp. | C | Div. | L | T | | | | | |
| AT & T New | C | Div. | K | T | | | | | |
| | | | | | Merger from BellsSouth | | | | |
| | | | | | | | | | |
| O & M Investment Partners: | | | | | | | | | |
| O & M Investment Partners/Lesser/Moore | B | Distr. | J | U | | | | | |
| O & M Investment Partner/Playa Vista | None | | J | U | | | | | |
| O & M Investment Partners/Playa Vista II | None | | J | U | | | | | |
| O & M Investment Partners/Post Street | A | Distr. | J | U | | | | | |
| O & M Investment Partners/TCW Placements Fund III | A | Distr. | J | U | | | | | |
| O & M Investment Partners/Wedbush Capital | None | | J | U | | | | | |
| | | | | | | | | | |
| Bank Accounts: | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| . **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Bank of America | None | | K | T | | | | | |
| Beal Bank, Acct. 1 | D | Int. | M | T | | | | | |
| Beal Bank, Acct. 2 | D | Int. | M | T | | | | | |
| First Republic Bank, Acct. 2 | A | Int. | | | CD Redeemed | 1-2 | M | A | |
| Fremont Inv. & Loan, Acct. 1 | D | Int. | M | T | | | | | |
| Fremont Inv. & Loan, Acct. 2 | D | Int. | M | T | | | | | |
| Indymac Bank FSB | D | Int. | M | T | Purchase CD | 1-6 | M | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

70

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$15,001-$50,000 F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P4=More than $50,000,000 | M=$100,001-$250,000 P1=$1,000,001-$5,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Part I, Line 2 lists the following custodianships:  Custodian of Accounts JSL 1 through 3, BCS 1 through 4, and SSD 1 through 3.  The custodian accounts hold common stock, but all holdings are below the reporting level.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provis███████████████████████████████████3 and Judicial Conference regulations.

Signature _____         Date ___ 5. 12. 08 _____

NOTE:  ANY INDIVIDU█████████████████████████SIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL █████████████████████

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544